IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 1 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00856-BNB

ANDREW E. CLARENSON,

Applicant,

v.

CHAIRMAN COLORADO DEPT. OF PAROLE, COLORADO DEPT.
    CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's "Request for Accomidation [sic] Pursuant to the Americans With a Disabilities Act and Appointment of Counsel," and his Motion for Change of Venue, both filed May 29, 2007, are DENIED.

Dated: May 31, 2007

Copies of this Minute Order mailed on May 31, 2007, to the following:

Andrew E. Claenson
Prisoner No. 111548
1704 Wildwood Road
Bloomington, IL 61704

_____
Secretary/Deputy Clerk