IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00856-LTB-KMT

ANDREW E. CLARENSON,

    Plaintiff,

v.

COLORADO DEPT. OF PAROLE,
COLORADO DEPT. CORRECTIONS, and,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.

---

**ORDER**

---

    This matter is before the court *sua sponte*.

    IT IS HEREBY **ORDERED** that on or before **April 24, 2009**, the Clerk of the Las Animas County District Court shall provide to this court the original written record of Las Animas County criminal case no. 01CR79, *People v. Andrew E. Clarenson*.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Las Animas County District Court by facsimile to **(719) 846-9367** and by regular mail to Clerk of the Las Animas County District Court, 2000 E. 1st St., Rm. 304, Trinidad, CO 81082.

    Dated this 25th day of March, 2009.

                                                 **BY THE COURT:**

                                               Kathleen M. Tafoya
                                               United States Magistrate Judge