IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-00856-LTB-KMT

ANDREW E. CLARENSON,

    Plaintiff,

v.

COLORADO DEPT. OF PAROLE, CHAIRMAN,
COLORADO DEPT. CORRECTIONS, and,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.

___

**ORDER**
___

    The Order referring this matter to Magistrate Judge (Doc 9) is WITHDRAWN in its entirety.

                  BY THE COURT:

                    s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED: April 3, 2009